## GENERAL PLASTICS, Inc., v. COMMISSIONER OF INTERNAL REVENUE.

### No. 14.

Circuit Court of Appeals, Second Circuit.

Nov. 16, 1944.

Harry Abt, of Buffalo, N. Y., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, A. F. Prescott, and Spurgeon Avakian, Sp. Assts. to the Atty. Gen., for respondent.

Before SWAN, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

FRANK, Circuit Judge.

We think the Tax Court was right. In Phillips v. Commissioner, 3 Cir., 134 F.2d 73, the taxpayer lost, although the identity of the creditor was changed and here it was not, so that the taxpayer's case here is weaker. We approved the ruling of the Phillips case in Commissioner v. Grant Trading Co., 2 Cir., 135 F.2d 358.

Affirmed.